QUEENS VALLEY HOME OWNERS ASSOCIATION, INC., et al., Appellants, *v.* CAMPUS HALL APARTMENTS #4, INC., Respondent.

Argued May 20, 1953; decided June 5, 1953.

*Samuel Rabin* and *Edwin N. Charnin* for appellants.

*John P. McGrath* and *Frederick R. Adler* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.